THE PEOPLE OF THE STATE OF NEW YORK ex rel. COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART, Respondent, *v.* JAMES J. SEXTON et al., Constituting the Board of Taxes and Assessments of the City of New York, Appellants.

Argued November 23, 1936; decided December 31, 1936.

*Paul Windels*, Corporation Counsel (*William C. Chanler* and *William S. Gaud, Jr.*, of counsel), for appellants.

*John W. Davis, Tom Garrett, James A. Sweet* and *Edward C. McLean* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.